■ In the Matter of the Claim of BETTY RASKIND, Respondent, v. SPEED PRINTING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.